IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -7 P 4: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. |
| | ) (18 U.S.C. 641) |
| CECELIA JOHNSON | ) 2:06 cr 81-VPM |
| | ) |
| | ) INFORMATION |
| | ) |

The United States Attorney charges:

COUNT

On or about the 11th day of January 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CECELIA JOHNSON** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Neal B. Frazier*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, CURTIS DENNIS, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 13 January 2006, via closed circuit video monitors, I observed CECELIA JOHNSON take a ring belonging to AAFES and put it on her finger. JOHNSON then left the store without paying for the ring. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The price of the ring was $14.99.

                                                                      */s/ Curtis Dennis*
                                                                      CURTIS DENNIS

Subscribed and sworn to before me this 24th day of February, 2006.

> AUDREY FAYE GRIFFIN
> Notary Public
> STATE OF ALABAMA

*/s/ Audrey F. Griffin*
Notary Public
State of Alabama

                                                      NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                                      MY COMMISSION EXPIRES: July 19, 2009
                                                      BONDED THRU NOTARY PUBLIC UNDERWRITERS