IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr81-VPM |
| | ) | |
| **CECELIA JOHNSON** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Cecelia Johnson, in the above-styled case.

Dated this 21st day of April 2006.

                                                Respectfully submitted,

                                                s/Jennifer A. Hart
                                                **JENNIFER A. HART**
                                                FEDERAL DEFENDERS
                                                MIDDLE DISTRICT OF ALABAMA
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                jennifer_hart@fd.org
                                                AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esquire and Neal B. Frazier, Esquire.

    Respectfully submitted,


    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189