**COURTROOM DEPUTY'S MINUTES**          **DATE: 5/16/06**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING: 10:51 - 10:53**

                                        **COURT REPORTER:**

√ **ARRAIGNMENT**      ❑**CHANGE OF PLEA**      ❑ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**      ❑ **SENTENCING**

---

**PRESIDING MAG. JUDGE: <u>Vanzetta Penn McPherson</u>        DEPUTY CLERK: <u>Wanda A. Robinson</u>**

**CASE NUMBER:  2:06cr81-VPM          DEFENDANT NAME: Cecelia Johnson**

**AUSA: Capt. Neal B. Frazier          DEFENDANT ATTORNEY: Patricia Kemp**

                                        **Type counsel (  )Waived; (  )Retained; (  )CJA; ( √ )FPD**

                                        **(  ) appointed at arraignment; (  ) standing in for: _____**

**PTSO/USPO:**

**Interpreter present? ( √ )NO; (  )YES   Name:**

---

❑ This is defendant's **FIRST APPEARANCE.**

❑ **FINACIAL AFFIDAVIT EXECUTED.   _ORAL MOTION FOR APPT OF COUNSEL_**

❑ **_ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED_**

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      √ **Not Guilty**                          ❑ **Nol Contendere**

          ❑ **Not Guilty by reason of insanity**

          ❑ **Guilty as to:**

                  ❑ **Count(s):**

                  ❑ **Count(s):**          ❑ **dismissed on oral motion of USA**

                                        ❑ **to be dismissed at sentencing**

❑ Written plea agreement filed   ❑ **ORDERED SEALED**

❑ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**

√ MISDEMEANOR CRIMINAL TRIAL TERM: 7/17/06 @ 10:00 a.m.

√ **DISCOVERY DISCLOSURE DATE:** 5/16/06 No Videotape in this case

❑ **ORDER:** Defendant continued under ❑ same bond;  ❑ summons; for:

          ❑ Trial on _____; ❑ Sentencing on _____

❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ❑ Posting a $_____ bond;

          ❑ Trial on _____; or ❑ Sentencing on _____

❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed

                  ❑ Defendant requests time to secure new counsel

√❑ **WAIVER**  of Speedy Trial.                CONSENT DATE: 7/10/06